IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| SARAH WALDEN, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO. _____ |
| | § | |
| v. | § | |
| | § | |
| ROSS STORES, INC. AND ROSS | § | |
| DRESS FOR LESS, INC., | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF REMOVAL

TO THE HONORABLE UNITED STATES DISTRICT COURT:

Defendant Ross Dress For Less, Inc. and Ross Dress for Less, Inc. ("Ross" or "Defendant") hereby files this Notice of Removal pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, removing the above-captioned case to the United States District Court for the Southern District of Texas, Galveston Division. The grounds for removal are as follows:

### I. Introduction

1. Plaintiff Sarah Walden ("Plaintiff" or "Walden"), at the time this action was commenced, was, and still is, a resident and citizen of Texas.

2. Ross at the time of this action was commenced, was, and still is, a resident and citizen of California.

3. Plaintiff's claims that on or about August 9, 2021, Plaintiff was an invitee at Defendant Ross's store at 1781 Gulf Freeway, Dickinson, Texas. On the date in question, Plaintiff pulled a piece of clothing off the rack a metal piece fell on her right

foot. This caused Plaintiff to suffer injuries. There were no warning signs present or any other signs of caution near the area where the incident occurred. Plaintiff was not aware of the dangerous and defective condition. Plaintiff's Original Petition at p. 3. Plaintiff alleges that she suffered injuries as a result of same. *Id.*

4. On or about April 3, 2023, Plaintiff commenced a lawsuit in the County Court at Law No. 3 of Galveston County, Texas, Cause No. CV-0091418, styled *Sarah Walden v. Ross Stores, Inc. and Ross Dress For Less, Inc. Id.* at p. 1. Plaintiff requested a citation for service of process on or about April 3, 2023. Defendant was served on or about April 6, 2023.

5. Plaintiff avers, inter alia, that Ross was negligent. *Id.* at p. 4. Consequently, Plaintiff seeks to recover damages for negligence. *Id.*

## II.  Grounds for Removal

**A.  Complete Diversity of Citizenship Exists Between the Parties and the Amount in Controversy Exceeds $75,000.00**

6. Plaintiff is a citizen and resident of Texas. Ross is a citizen and a resident of California. Thus, the parties are completely diverse. *See* 28 U.S.C. § 1332(a).

7. Plaintiff is seeking damages in excess of $75,000.00. In particular, Plaintiff's petition seeks "monetary relief over $1,000,000.00". *See* Plaintiff's Original Petition at p. 1. Therefore, the amount in controversy exceeds $75,000.00.

**B.  Venue is Proper in This Division and in This District.**

8. Plaintiff filed this action in Galveston County, Texas. The Houston Division of the Southern District of Texas encompasses Galveston County, Texas. Thus,

this district and division embrace the place where the state court action is pending. *See* 28 U.S.C. §1441(a).

### III. Procedural Requirements for Removal

9. This Notice of Removal is filed within thirty days of the date on which Defendant received the summons and complaint. Thus, this Notice of Removal is timely. *See* 28 U.S.C. § 1446(b).

10. Copies of all processes, pleadings, and orders have been filed separately with this Court. *See* 28 U.S.C. § 1446(a).

11. Pursuant to Local Rule 81 of the Southern District of Texas, the following documents are attached to this Notice of Removal: copy of all processes, attached hereto as Exhibit "A"; all pleadings and orders signed by the Judge attached hereto as Exhibit "B"; an Index of Matters Being Filed, attached hereto as Exhibit "C"; and a list of all Counsel of Record, including addresses, telephone numbers and parties represented is attached hereto as Exhibit "D".

12. A copy of this Notice of Removal will be filed with the Galveston County Court at Law office promptly and will be served on Plaintiff promptly. *See* 28 U.S.C. § 1446(d); *see also Nixon v. Wheatley*, 368 F. Supp. 2d 635, 640 (E.D. Tex. 2005) (Crone, J).

13. The filing fee has been paid to the Clerk.

14. Defendant hereby requests a trial by jury.

## IV.  Prayer

15. WHEREFORE, PREMISES CONSIDERED, Defendant Ross prays that the above-styled action now pending in the County Court at Law No. 3 Galveston County, Texas be removed there from to this Honorable Court.

16. This Notice of Removal is filed subject to and without waiver of any defenses or objections to Plaintiff's Original Petition as allowed by the Federal Rules of Civil Procedure or by any applicable law.

Respectfully submitted,

**GERMER PLLC**

By: /s/ Serena D. Harmon
    Troy A. Williams
    State Bar No. 00788678
    Federal I.D. No. 19043
    America Tower
    2929 Allen Parkway, Suite 2900
    Houston, Texas  77019
    Telephone: (713) 650-1313
    Facsimile: (713) 739-7420
    Email: twilliams@germer.com

**LEAD ATTORNEY FOR DEFENDANT ROSS STORES, INC. AND ROSS DRESS FOR LESS, INC.**

**OF COUNSEL:**

Serena D. Harmon
State Bar No. 00785943
Federal I.D. No. 18037
America Tower
2929 Allen Parkway, Suite 2900
Houston, Texas  77019
Telephone: (713) 650-1313
Facsimile: (713) 739-7420
Email: sharmon@germer.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing instrument has been duly via the Court's CM/ECF system on April 28, 2023, to the following counsel:

    legal@tylkalawcenter.com
    Lawrence M. Tylka
    TYLER J. TYLKA
    1104 East Main
    League City, Texas 77573
    *Attorney for Plaintiff*

    */s/ Serena D. Harmon*_____
    Serena D. Harmon